IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CHELSEA CHANEY,           )<br>                           )<br>    Plaintiff,            )<br>                           )<br>v.                         )<br>                           )<br>FAYETTE COUNTY PUBLIC      )<br>SCHOOL DISTRICT and        )<br>CURTIS R. CEARLEY,         )<br>                           )<br>    Defendants.            ) | CIVIL ACTION FILE<br><br>NUMBER 3:13-cv-89-TCB |

**O R D E R**

On May 24, 2013, Defendants Fayette County Public School District and Curtis R. Cearley removed this 42 U.S.C. § 1983 and state-law action to this Court. That same day, the District filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on behalf of itself and Cearley in his official capacity. On May 30, Defendants filed a motion to stay proceedings pending the Court's resolution of the motion to dismiss.

On June 10, Plaintiff Chelsea Chaney filed an amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1). Accordingly, the motions to dismiss and to stay are DENIED AS MOOT.

IT IS SO ORDERED this 12th day of June, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge